CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
August 05, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA ROANOKE DIVISION

| | | |
|---|---|---|
| **KEVIN A. WATSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24CV00298 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **M. HAMILTON, et al.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** that the defendants' Motion for Summary Judgment, (Dkt. No. 78), is GRANTED, judgment is entered in favor of the defendants, and the Clerk shall close the case.

ENTER: August 5, 2026

/s/ JAMES P. JONES
Senior United States District Judge